# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| GREGORY M. COTICCHIA, | : No. 78 WAL 2022 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| MALCOVERY SECURITY, LLC, | : |
| Respondent | : |
| GREGORY M. COTICCHIA, | : No. 79 WAL 2022 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| MALCOVERY SECURITY, LLC, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.